**ORIGINAL**

Thomas I. Rozsa, State Bar No. 080615
**ROZSA LAW GROUP LC**
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356-3346
Telephone (818) 783-0990
Facsimile (818) 783-0992

Attorney for Plaintiff
California Car Cover Company

Kevin G. McBride, State Bar No. 195866
**JONES DAY**
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Attorneys for Defendant
J.C. Whitney & Co.

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
AUG 15 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA CAR COVER COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>J.C. WHITNEY & CO., et al.,<br><br>Defendants. | Case No. CV07-2825 PA (MAx)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Plaintiff California Car Cover Company and Defendant J.C. Whitney & Co., by and through their respective counsel, hereby stipulate as follows:

1. The Complaint is hereby dismissed with prejudice as to Defendant J.C. Whitney & Co.

///

///

DOCKETED ON CM
AUG 16 2007
BY _____ 053

- 1 -
STIPULATED DISMISSAL WITH PREJUDICE

2. J.C. Whitney & Co. hereby waives the preservation of any right to file a Counterclaim.

3. Each party shall bear their own costs and attorneys fees.

Respectfully submitted,

**ROZSA LAW GROUP LC**

Dated: August 13, 2007

_____
Thomas I. Rozsa
Attorneys for Plaintiff
California Car Cover Company

**JONES DAY**

Dated: August 13, 2007

_____
Kevin G. McBride

Attorneys for Defendant
J.C. Whitney & Co.

### [PROPOSED] ORDER

The above-referenced action is hereby dismissed in its entirety with prejudice, with each party to bear its own costs, expenses and attorneys fees.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2007

_____
The Honorable Percy Anderson
U.S. District Court Judge

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 18757 Burbank Boulevard, Suite 220, Tarzana, California 91356-3346

On **August 14, 2007**, I served the following document(s) described as:

STIPULATED DISMISSAL WITH PREJUDICE

X  **BY MAIL** as follows: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. Under that practice, the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date in the United States Mail at Tarzana, California addressed as set forth below.

**BY PERSONAL SERVICE** as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) at the address set forth below by Delta Worldwide Services, Inc..

**BY FEDERAL EXPRESS** as follows: I placed the document(s) listed above with fees thereon fully prepaid for deposit with Federal Express (next business day delivery), this same day following ordinary business practices to the address(es) set forth below.

**BY FACSIMILE TRANSMISSION** as follows: I caused the above-referenced document(s) to be transmitted by facsimile to its intended recipient(s) at the following facsimile number(s) before 5:00 p.m.

Kevin G. McBride, Esq.
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071-2300

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **August 14, 2007**, at Tarzana, California.

*Lauraine E Kirby*
Lauraine E. Kirby

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990